UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 28 2022

FILED

Plaintiff(s)

EKOUE DODJI ABOUSSA
IMAGE DES REVES PHOTOGRAPHY
BUSINESS ID: 895586

v.

Defendant(s)

STATE OF NEW HAMPSHIRE

COMPLAINT 22cv284

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

EKOUE DODJI ABOUSSA
96 FISHERVILLE RD APT 27 CONCORD NH 03303
603-290-0511

Defendant(s)'s Name, Address and Phone Number

36 CLINTON ST, CONCORD, NH 03301

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

THIS CASE IS BEING FILED IN FEDERAL COURT BECAUSE THE STATE OF NEW HAMPSHIRE IS FEDERAL. I'M A PERMANENT RESIDENT OF THE UNITED STATES AS REFUGEE, SO.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

I EKOUE DODJI ABOUSSA HAVE BEEN A GOOD EMPLOYEE OF THE STATE OF NEW HAMPSHIRE AS A MENTAL HEALTH WORKER. AROUND 2018 THE STATE HOSPITAL ALLOWED THE FEDERALS AT THE HOSPITAL WHILE I WAS WORKING THERE TO REMOVE ME FROM STATE EMPLOYMENT.

AROUND MAY 2021; I WAS INVOLUNTARILY HELD THERE AT THE STATE HOSPITAL LONGER THAN 3 MONTHS EVEN THOUGH I WAS NO DANGER TO OTHERS AND WAS EATING AND SLEEPING; AND HAD NO CRIMINAL RECORDS. I WAS BEING TRACKED BY THE STATE WHILE I WAS EMPLOYED UNTIL TODAY DUE TO MY SKIN COLOR.

THE STATE HOSPITAL KNOW ME AND MY FAMILY VERY WELL; MY FAMILY RETIRED FROM THERE. AND I HAVE BEEN EMPLOYED THERE FOR A LONG TIME PRIOR TO MY ADDMISSION.

I WAS NOT VIOLENT OR DANGEROUS AND WAS TAKEN TO COURT BY FORCE FOR HEM MEDICATION DUE TO MY SKIN COLOR THEY DID NOT CARE ABOUT MY LIFE; I COULD HAVE LOST MY LIFE.

MY FAMILY CAME AND ASKED ME TO LEAVE THE HOSPITAL AND THEY REFUSED. A LAWYER PAUL MOGGIOTTO HAD CALLED THE STATE HOSPITAL ASKING TO RELEASE ME AND THEY REFUSED.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

SINCE THE STATE DID NOT LIKE ME TO BEGIN WITH DUE TO MY SKIN COLOR; AND I WAS REMOVED FROM EMPLOYMENT, AND WAS HELD THERE LONGER THAN I WAS SUPPOSED TO. HAVING MISSED DIAGNOSED ME, CALLING ME "DELUSIONAL" WHEN I SAID I USED TO WORK THERE AND NEARLY LEFT ME AT THE HOSPITAL DUE TO MY SKIN COLOR. THAT THE DEFENDENT PAY 50 MILLION DOLLARS AND REMOVE TRACKING DEVICES OFF MY PERSON, MY VEHICLES, MY PHONE, AND MY FAMILY; WE ARE NOT CRIMINALS.

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 7-28-22

Signature: _____

```
Court Name: US DISTRICT COURT OF NH
Division: 1
Receipt Number: 14649021510
Cashier ID: llavigne
Transaction Date: 07/28/2022
Payer Name: EKOUE DODJI ABOUSSA
--------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: EKOUE DODJI ABOUSSA
 Case/Party: D-NHX-1-22-CV-000284-001
 Amount:         $402.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
--------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00


US DEBIT
AID: A0000000980840
TVR: 80 80 04 80 00
TSI: 68 00

        ACCOUNT WILL BE DEBITED WITH THE
                ABOVE AMOUNT
        (OR CREDITED IF CREDIT VOUCHER)
        RETAIN THIS COPY FOR STATEMENT
                VERIFICATION

              MERCHANT COPY
```