AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

) 
) 
) 
EKOUE DODJI ABOUSSA ) 
_____ ) 
Plaintiff(s) ) 
v. ) Civil Action No. 
) 
) 
) 
STATE OF NEW HAMPSHIRE ) 
_____ ) 
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) STATE OF NEW HAMPSHIRE
36 CLINTON ST; CONCORD NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EKOUE DODJI ABOUSSA
96 FISHERVILLE RD APT 27 CONCORD NH 03303
KEVIN H. O'NEILL ESQ
10 BERKLEY ST, MERRIMACK, NH 03054.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                  Signature of Clerk or Deputy Clerk